Form 180 – ntchrgfail

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 08–33787–JHW
Chapter: 11
Judge: Judith H. Wizmur

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Quinn–Woodbine Realty & Leasing, LLC
1585 DeHirsch Ave.
Woodbine, NJ 08270

Social Security No.:

Employer's Tax I.D. No.:
22–3568766

## NOTICE OF MISSING DOCUMENTS AND NOTICE OF DISMISSAL
## IF DOCUMENTS ARE NOT TIMELY FILED

1. Notice is hereby given that the following documents must be filed within 15 days from the date the bankruptcy petition was filed:

   20 Largest Unsecured Creditors, Atty Disclosure Statement, List of Equity Security Holders, Statement of Financial Affairs, Summary of Schedule, Corporate Resolution, Statement of Current Monthly Income and Schedules A,B,D,E,G and H

2. This case will be dismissed on December 15, 2008, unless the missing documents are received on or before that date by the Clerk of the Court at:

   U.S. Bankruptcy Court
   401 Market Street
   Camden, NJ 08102

If you object to dismissal of the case, you may submit a written request for a hearing setting forth the reasons why dismissal would not be proper. Such request must be received by the Clerk of the Court on or before December 15, 2008.

THIS IS THE ONLY NOTICE YOU WILL RECEIVE. If you fail to timely comply with the requirements set forth above, this case will be dismissed.


Dated: December 1, 2008
JJW: eag

James J. Waldron
Clerk

If the schedules you file list more creditors than were included on the list of creditors(matrix) filed with your petition, you must file with your schedules an amended list of creditors(matrix), listing only those creditors being added, and a separate verified statement of changes (D.N.J. LBR 1007–2 and 1009–1). You must also pay a $26 fee for the amendment in the form of certified check, money order, or attorney's check.