<u>RESOLUTION</u>

An emergency meeting was held on November 29, 2008 for the purpose of discussing the filing of a Chapter 11 bankruptcy petition. The managing member of Quinn-Woodbine Realty & Leasing, LLC, was present and adopted the following resolution:

**BE IT RESOLVED** as follows:

1. Michael Quinn, Managing Member, is hereby authorized to sign any and all papers necessary to file a chapter 11 bankruptcy proceeding on behalf of Quinn-Woodbine Realty & Leasing, LLC.

2. Quinn-Woodbine Realty & Leasing, LLC is hereby authorized to retain the legal services of Jules L. Rossi to prepare and file this chapter 11 bankruptcy proceeding.

3. Quinn-Woodbine Realty & Leasing, LLC acknowledges that an emergency petition is being filed and follow up papers must be completed and filed ASAP.

        Quinn-Woodbine Realty & Leasing, LLC

      By:  <u>/s/ Michael Quinn</u>
         Michael Quinn, Managing Member
         November 29, 2008