Order Filed on
2/19/2009
by Clerk U.S. Bankruptcy
Court District of New Jersey

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>Caption in Compliance with D.N.J. LBR 9004-2(c)<br><br>**GREGORY & REED**<br>*A Professional Corporation*<br>2 Sylvan Way, Suite 303<br>Parsippany, New Jersey 07054<br>(973) 898-1400<br>Attorneys for Creditor, Bank of America, N.A.<br>SJ9740 | |
| In Re:<br><br>Quinn-Woodbine Realty & Leasing, LLC,<br><br>　　　　　　　　　　Debtor. | Case No.: 08-33787<br><br>Adv. No.:<br><br>Hearing Date:<br><br>Judge: JHW |

## ORDER GRANTING BANK OF AMERICA, N.A. RELIEF FROM THE AUTOMATIC STAY

　　The relief set forth on the following pages, numbered two (2) through three (3) is hereby

**ORDERED**.

**DATED: 2/19/2009**

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　Judith H. Wizmur, Chief Judge
　　　　　　　　　　　　　　　　　　　United States Bankruptcy Court

**THIS MATTER** came before the Court upon the application of Creditor Bank of America, N.A. (the "Bank"), for an Order granting it relief from the automatic stay to proceed with its foreclosure judgment toward a sheriff sale of certain real estate of Debtor; and the attorney for Bank of America, N.A., Steven J. Reed, Esq., and the attorney for Debtor, Jules L. Rossi, Esq., appearing; and it further appearing that the motion, as well as the supporting papers, having been served upon the attorney for the Debtor, and the twenty largest creditors; and the Court having considered the papers submitted in support of and in opposition to this application; and the Court having heard the oral argument of counsel and good cause appearing for the making of this Order;

It is on this _____ day of _____, 2009,

**ORDERED** as follows:

1. Bank of America, N.A. has a valid Chancery Division foreclosure judgment entered on August 12, 2002 against the Debtor, Quinn-Woodbine Realty & Leasing Co., docket number CPM-F-16397-01(as amended) covering certain real estate and improvements located at 1585 DeHirsch Avenue, Woodbine, New Jersey (the "Property") as described in the Settlement Agreement entered by the Honorable Joseph C. Visalli, J.S.C. as an Order of the Superior Court of New Jersey on November 20, 2007 ("Settlement Agreement"); and

2. Bank of America, N.A. is hereby granted relief from the automatic stay:

    a. to take any and all actions to immediately complete the foreclosure of the Property, and to proceed to sheriff sale of the Property and to have such sheriff sale take place,

    and

    b. to file an application/motion before the Superior Court of New Jersey

*Approved by Judge Judith H. Wizmur February 19, 2009*

3

seeking an Order to amend the foreclosure judgment to add any advances that the Bank may have made for property taxes on the Property, or may make in the future, and to add the Bank's legal fees incurred in connection with its counsel's representation in this bankruptcy proceeding, pursuant to Paragraph D on Page 9 of the Settlement Agreement.

3. A copy of this Order be served upon all counsel for all parties and interested persons within _____ days hereof.

*Approved by Judge Judith H. Wizmur February 19, 2009*