# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF NEW JERSEY

SUBRANNI OSTROVE & ZAUBER
1624 Pacific Avenue, P. O. Box 1913
Atlantic City, NJ  08404
(609) 347-7000; FAX (609) 345-4545;
Attorneys for Trustee
By: Thomas J. Subranni, Esq. TS1104

| | | |
|---|---|---|
| In re: | : | IN BANKRUPTCY |
| | : | CHAPTER 7 PROCEEDING |
| QUINN-WOODBINE REALTY & LEASING, LLC | : | |
| | : | |
| | : | CASE NO. 08-33787 (JHW) |
| Debtor | : | |

## NOTICE OF DISCOVERED ASSETS

THOMAS J. SUBRANNI, ESQ., Trustee in the above-captioned matter, hereby gives notice that there are discovered assets, and that this case should be administered as an asset case.

                                        SUBRANNI OSTROVE & ZAUBER
                                        Attorneys for Trustee

Dated:  May 18, 2009

                                        By: /s/ Thomas J. Subranni, Esquire, Trustee
                                                Thomas J. Subranni, Esquire, Trustee