FORM NOA (Notice of Assets and Deadline to File Proof of Claim)

# NOTICE OF ASSETS AND DEADLINE TO FILE PROOF OF CLAIM

U.S. Bankruptcy Court
401 Market Street
Camden, NJ 08102

Honorable Judith H. Wizmur, U.S. Bankruptcy Judge

| CASE NUMBER: 08–33787–JHW | DATE FILED:: 11/29/08 |
|---|---|
| In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):<br>Quinn–Woodbine Realty & Leasing, LLC<br><br>22–3568766 | ADDRESS OF DEBTOR(S):<br><br>1585 DeHirsch Ave.<br>Woodbine, NJ 08270 |
| DEBTOR'S ATTORNEY:<br>Jules L. Rossi<br>Law Office of Jules L. Rossi<br>208 Main Street<br>Asbury Park, NJ 07712<br><br>(732) 774–5520 | TRUSTEE:<br>Thomas J Subranni<br>Subranni, Ostrove & Zauber<br>1624 Pacific Avenue<br>Atlantic City, NJ 08401<br>(609) 347–7000 |

   It appeared from the schedules when this case was instituted that there were no assets from which dividends could be paid to creditors and notice of initial meeting of creditors so indicated.

   It now appears that the payment of a dividend may be possible. Pursuant to Bankruptcy Rule 3002(c)(5), the last day for filing claims is fixed as:

8/17/09

Goverment Units are allowed 180 days from the date of order for relief, or the above date, whichever is later. 11 U.S.C. §502(b)(9)

Except as otherwise provided by law, in order to share in any payment from the estate, a creditor must file a proof of claim by the date set forth above. The place to file the proof of claim, either in person or by mail, is the office of the Clerk of the Bankruptcy Court. Please use the proof of claim form provided on the back of this notice. If you were not provided one, forms are available in the Clerk's Office of any Bankruptcy Court.

   **IF A CLAIM WAS PREVIOUSLY SUBMITTED, IT IS NOT NECESSARY TO FILE ANOTHER ONE.**

Dated: May 19, 2009               FOR THE COURT

                                  James J. Waldron, Clerk

FORM NOA Rev. 2/96