**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 08−33787−JHW
Chapter: 7
Judge: Judith H. Wizmur

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Quinn−Woodbine Realty & Leasing, LLC
   c/o Marita & Michael Quinn
   509 Burr Street
   Fairfield, CT 06825

Social Security No.:

Employer's Tax I.D. No.:
   22−3568766

**NOTICE OF PROPOSED ABANDONMENT**

   Thomas J Subranni, Trustee for the above−captioned case, has filed a notice of intent to abandon certain property described below as being of inconsequential value to the estate.
   If any creditor or other party in interest has an objection to the proposed abandonment, the objection and a request for a hearing on such objection shall be in writing, served upon the Trustee and filed with the Clerk of the United States Bankruptcy Court. Such objection and request shall be filed with the Clerk and served upon the Trustee no later than June 18, 2009.
   In the event an objection is timely filed, a hearing will be held before the Honorable Judith H. Wizmur on

DATE:            June 22, 2009
TIME:            10:00 A.M.
COURTROOM:       4B

   If no objection is filed with the Clerk and served upon the Trustee on or before June 18, 2009, the abandonment will take effect on the fifth day following the last day to file objections.

The description of the property to be abandoned is as follows:
1585 DeHirsch Avenue, Woodbine, NJ 08270
FMV: $1,100,000.00
Liquidation value

The liens on the property to be abandoned are as follows
(including amount claimed due):
Banc of America – $960,000.00
O'Connor, Terrance & Kathryn – $108,000.00
Remick, N. or D. – $24,113.40
Woodbine Borough Tax Collector – $22,882.74

The amount of equity claimed as exempt by the debtor is:
$0.00

   Request for additional information about the property to be abandoned should be directed to the Trustee at:

Thomas J Subranni
Subranni, Ostrove & Zauber
1624 Pacific Avenue
Atlantic City, NJ 08401
(609) 347−7000

    or the trustee's attorney (if applicable) at:
Scott M. Zauber
Subranni, Ostrove & Zauber
1624 Pacific Ave
PO Box 1913
Atlantic City, NJ 08404
(609) 347−7000


Dated: June 1, 2009
JJW:

                                            James J. Waldron
                                            Clerk

# CERTIFICATE OF NOTICE

```
District/off: 0312-1            User: amangano              Page 1 of 1                Date Rcvd: Jun 01, 2009
Case: 08-33787                  Form ID: 154                Total Served: 16
```

The following entities were served by first class mail on Jun 03, 2009.
```
 db         +Quinn-Woodbine Realty & Leasing, LLC,    c/o Marita & Michael Quinn,   509 Burr Street,
              Fairfield, CT 06824-7108
 smg         U.S. Attorney,    970 Broad St.,    Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
 smg        +United States Trustee,    Office of the United States Trustee,    One Newark Center,   Suite 2100,
              Newark, NJ 07102-5235
 cr         +Alpert Butler & Weiss, P.C.,    The Alpert Professional Building,    449 Mt Pleasant Avenue,
              West Orange, NJ 07052-2723
 cr         +Bank of America, N.A.,    c/o Gregory & Reed, P.C.,    2 Sylvan Way,    Parsippany, NJ 07054-3809
 cr         +Flaster/Greenberg,    E. Richard Dressel,    Commerce Center,    1810 Chapel Ave., West, 3rd fl.,
              Cherry Hill, NJ 08002-4606
 r          +Vanguard Property Group, Inc,    2900 Fire Road,    Suite 101,    Egg Harbor Twp., NJ 08234-4075
509257145   +Alpert Butler & Weiss,    449 Mt. Pleasant Ave.,    W. Orange, NJ 07052-2723
509225805   +Banc Of America Leasing & Capital, LLC,    Edward Wilson/Banc America Strategic So,
              111 Westminster St/RI-1-102-15-01,    Providence, RI 02903-2305
509257146   +Flaster/Greenberg,    1820 Chapel Ave. West,    Cherry Hill, NJ 08002-4610
509558765  ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 21126,
              PHILADELPHIA PA 19114-0326
             (address filed with court:   Internal Revenue Service,    PO Box 21126,    Philadelphia, PA 19114)
509257147   +O'Connor, Terrence & Kathryn,    15 Farm Street,    Dover, MA 02030-2303
509257148   +Remick, N. Or D.,    P.O. Box 39,    Barnegat, NJ 08005-0039
509225806   +Stephen J. Reed, Esq.,    Gregory & Reed,    2 Sylvan Way, Suite 303,    Parsippany, NJ 07054-3869
509613510   +United States Trustee,    1 Newark Center, Suite 2100,    Newark, NJ 07102-5235
509257149   +Woodbine Borough Tax Collector's Office,    501 Washington Ave.,    Woodbine, NJ 08270-2024
```

The following entities were served by electronic transmission.
NONE.                                                                                               TOTAL: 0

```
          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
509613645*   +United States Trustee,    1 Newark Center, Suite 2100,    Newark, NJ 07102-5235
                                                                                                 TOTALS: 0, * 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jun 03, 2009**                    **Signature:**    _/s/ Joseph Speetjens_