Form 177 – fnldec

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

                        Case No.: 08–33787–JHW
                        Chapter: 7
                        Judge: Judith H. Wizmur

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Quinn–Woodbine Realty & Leasing, LLC
    c/o Marita & Michael Quinn
    509 Burr Street
    Fairfield, CT 06825

Social Security No.:

Employer's Tax I.D. No.:
    22–3568766

**FINAL DECREE**

    The estate of the above named debtor(s) has been fully administered.

    If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

    ORDERED that Thomas J Subranni is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>June 19, 2009</u>                <u>Judith H. Wizmur</u>
                                          Judge, United States Bankruptcy Court